## OSBORN v. CHAMBERS.

It is not necessary to serve on the defendant copies of acts or documents annexed to the petition, though the petition itself states that they form part of it. C. P. 175.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Van Matre*, for the plaintiff. *Randall*, for the appellant. The judgment of the court *(King*, J. absent,) was pronounced by

ROST, J. This action was brought on an open account, for work done and materials furnished by the plaintiff to the defendant. The defendant having failed to appear, a judgment was taken against him by default; and, after the legal delays, the plaintiff proved his claim, and the judgment was made final. The defendant then appeared in court by counsel, and moved for a new trial, on the ground that the account annexed to the petition was alleged to be made part

thereof, and that he had not been served with a copy of said account. The motion was overruled, and the defendant appealed.

It is not necessary to serve on the defendant copies of the acts or documents annexed to the petition, and the fact that the petition mentions that they form part of it does not vary this rule of practice.   C. P. 175.:  The claim of the plaintiff is satisfactorily proved, and the judgment must be affirmed.

*Judgment affirmed.*